**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

AWADALLA SULIMAN BISHIR DEGO,    )
    )
                Petitioner,    )
    )
        v.    )    Civil Action No. 3:26-cv-921
    )
WARDEN OF MOSHANNON VALLEY    )
ICE PROCESSING CENTER, *et al.*,    )
    )
                Respondents.    )

**ORDER**

AND NOW, this 8th day of June, 2026, Petitioner having filed a Petition for Writ of Habeas Corpus (Docket No. 1) averring that Petitioner is currently detained at the Moshannon Valley Processing Center, ICE's publicly available online detainee locator system not having returned any results for Petitioner's name when searched on June 8, 2026 by the Court, and it appearing to the Court that Petitioner is no longer in ICE custody thereby rendering the Petition moot, IT IS HEREBY ORDERED that, on or before June 22, 2026, the parties shall confer and file a joint status report regarding whether Petitioner remains in ICE custody and whether the Petition is moot. If Petitioner is in custody, Petitioner's Counsel shall supply Petitioner's A-number.

/s/ W. Scott Hardy
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record

- 1 -